Fill in this information to identify the case:

Debtor name _____ **Texas International Enterprises, Inc.** _____

United States Bankruptcy Court for the:
_____ **Southern District of Texas** _____

Case number (if known): _____ **25-50133** _____   Chapter __11__

☑ Check if this is an
*1 st.* amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

  1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................................

   $20,077,765.00

  1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................

   $21,996,115.84

  1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................

   $42,073,880.84

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $44,994,929.31

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................

   $80,000.00

  3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   + $29,545,340.40

4. **Total liabilities**..........................................................................................................

   $74,620,269.71

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name __Texas International Enterprises, Inc.__

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas**

(State)

Case number (If known): _____ **25-50133** _____

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $64,990.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **IBC** | **Checking account** | 6 2 0 0 | ($8,173.21) |
| 3.2. **IBC** | **Checking account** | 1 5 4 0 | $113,324.20 |
| 3.3. **IBC** | **Checking account** | 2 7 5 2 | $48.09 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  —  $170,189.08

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor   **Texas International Enterprises, Inc.**                                         Case number *(if known)* **25-50133**

          Name

| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

**9.   Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10.   Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

<table>
<tr><td></td><td></td><td></td><td></td><td></td><td>**Current value of debtor's interest**</td></tr>
<tr><td colspan="6">**11.   Accounts receivable**</td></tr>
<tr><td>11a. 90 days old or less:</td><td>**unknown**<br>face amount</td><td>−</td><td>**unknown**<br>doubtful or uncollectible accounts</td><td>=..... →</td><td>**$304,762.00**</td></tr>
<tr><td>11b. Over 90 days old:</td><td>_____<br>face amount</td><td>−</td><td>_____<br>doubtful or uncollectible accounts</td><td>=..... →</td><td>_____</td></tr>
</table>

**12.   Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$304,762.00**

| Part 4: | **Investments** |
|---|---|

**13.   Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                        % of ownership:

| 15.1 | _____ | _____ | _____ | _____ |
| 15.2 | _____ | _____ | _____ | _____ |

Debtor __Texas International Enterprises, Inc.__   Case number *(if known)* __25-50133__
Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____   _____   _____

16.2 _____   _____   _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   [_____]

---

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.   [_____]

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor  __Texas International Enterprises, Inc._____   Case number *(if known)* __25-50133_____
         Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

33. **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85. _____

34. **Is the debtor a member of an agricultural cooperative?**
   ☐ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

---

Debtor  **Texas International Enterprises, Inc.**
Name

Case number *(if known)* **25-50133**

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **95 used laptops, 95 used monitors, 95 desk, 95 chairs, 14 tv/screen, servers and routers and surveillance cameras** | $68,975.00 | | $68,975.00 |
| 40. | **Office fixtures** | | | |
| | **9 refrigerators (value 450.00) 6 microwaves (valued 120.00) 2 stoves (valued 120.00) BBQ pit (valued 50.00) 6 coffee machines (valued 60.00) electric grill ( valued 15.00) toaster (valued 5.00)** | unknown | | $820.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **300 Elogs/GPS Equipment** | $90,000.00 | | $90,000.00 |
| | **8 air compressors, 5 programming laptops, manual tools, hydraulic tools, specialty tools, engine revolver and surveillance cameras** | $71,000.00 | | $71,000.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 _____ | | | |
| | 42.2 _____ | | | |
| | 42.3 _____ | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $230,795.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Texas International Enterprises, Inc.**                    Case number *(if known)* **25-50133**
          Name

---

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 **Trucks and Trailers owed to Commercial Credit Group- List attached** | $15,783,700.00 | | $15,783,700.00 |
| 47.2 **2018 Kenworth** / VIN: 1XKYD49X6JJ206308 Kenworth 2018 | $30,000.00 | | $30,000.00 |
| 47.3 **2019 Kenworth** / VIN: 1XKYD49X5KJ221089 2019 Kenworth | $24,000.00 | | $24,000.00 |
| 47.4 **2019 Kenworth** / VIN: 1XKYD49X5KJ221237 Kenworth 2019 | $24,000.00 | | $24,000.00 |
| 47.5 **22-2021 KW 40- Wabash Trailers owed to RTS Financial-List attached** | $1,026,500.00 | | $1,026,500.00 |
| 47.6 **2018 Kenworth** / VIN: 1XKYD49X8JJ206147 Kenworth 2018 | $22,000.00 | | $22,000.00 |
| 47.7 **2018 Kenworth** / VIN: 1XKYD49X7JJ206169 Kenworth 2018 | $30,000.00 | | $30,000.00 |
| 47.8 **2018 Kenworth** / VIN: 1XKYD49X9JJ206139 Kenworth 2018 | $14,000.00 | | $14,000.00 |
| 47.9 **2018 Kenworth** / VIN: 1XKYD49X9JJ205976 Kenworth 2018 | $14,000.00 | | $14,000.00 |
| 47.10 **2018 Kenworth** / VIN: 1XKYD49X0JJ205963 Kenworth 2018 | $14,000.00 | | $14,000.00 |
| 47.11 **2018 Kenworth** / VIN: 1XKYD49X6JJ206115 Kenworth 2018 | $14,000.00 | | $14,000.00 |
| 47.12 **2018 Kenworth** / VIN: 1XKYD49X1JJ206085 Kenworth 2018 | $14,000.00 | | $14,000.00 |
| 47.13 **2018 Kenworth** / VIN: 1XKYD49X3JJ205780 Kenworth 2018 | $14,000.00 | | $14,000.00 |
| 47.14 **2018 Kenworth** / VIN: 1XKYD49X7JJ205734 Kenworth 2018 | $30,000.00 | | $30,000.00 |
| 47.15 **2018 Kenworth** / VIN: 1XKYD49X8JJ108574 Kenworth 2018 | $30,000.00 | | $30,000.00 |
| 47.16 **2018 Kenworth** / VIN: 1XKYD49X5JJ206297 Kenworth 2018 | $30,000.00 | | $30,000.00 |
| 47.17 **2018 Kenworth** / VIN: 1XKYD49X0JJ206143 Kenworth 2018 | $30,000.00 | | $30,000.00 |
| 47.18 **2018 Kenworth** / VIN: 1XKYD49XXJJ206098 Kenworth 2018 | $30,000.00 | | $30,000.00 |
| 47.19 **2018 Kenworh** / VIN: 1XKYD49X7JJ205927 Kenworth 2018 | $14,000.00 | | $14,000.00 |
| 47.20 **2018 Kenworth** / VIN: 1XKYD49X1JJ205776 Kenworth 2018 | $15,000.00 | | $15,000.00 |

---

Official Form 206A/B            **Schedule A/B: Assets — Real and Personal Property**            page **6**

| Debtor | Texas International Enterprises, Inc. | | Case number (if known) 25-50133 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.21 | 2018 Kenworth / VIN: 1XKYD49X4JJ206114 Kenworth 2018 | $15,000.00 | | $15,000.00 |
| 47.22 | 2018 Kenworth / VIN: 1XKYD49X7JJ205913 Kenworth 2018 | $15,000.00 | | $15,000.00 |
| 47.23 | 2018 Kenworth / VIN: 1XKYD49X4JJ206016 Kenworth 2018 | $15,000.00 | | $15,000.00 |
| 47.24 | 2018 Kenworth / VIN: 1XKYD49XXJJ139647 Kenworth 2018 | $15,000.00 | | $15,000.00 |
| 47.25 | 2018 Kenworth / VIN: 1XKYD49X9JJ108566 Kenworth 2018 | $30,000.00 | | $30,000.00 |
| 47.26 | 2019 Kenworth / VIN: 1XKYD49X0KJ220092 Kenworth 2019 | $24,000.00 | | $24,000.00 |
| 47.27 | 2019 Kenworth / VIN: 1XKYD49X2KJ220479 Kenworth 2019 | $24,000.00 | | $24,000.00 |
| 47.28 | 2019 Kenworth / VIN: 1XKYD49X6KJ221215 Kenworth 2019 | $24,000.00 | | $24,000.00 |
| 47.29 | 2019 Kenworth / VIN: 1XKYD49X5KJ221044 Kenworth 2019 | $24,000.00 | | $24,000.00 |
| 47.30 | 2019 Kenworth / VIN: 1XKYD49X3KJ220653 Kenworth 2019 | $24,000.00 | | $24,000.00 |
| 47.31 | 2019 Kenworth / VIN: 1XKYD49X1KJ221039 Kenworth 2019 | $24,000.00 | | $24,000.00 |
| 47.32 | 2019 Kenworth / VIN: 1XKYD49X9KJ221063 Kenworth 2019 | $24,000.00 | | $24,000.00 |
| 47.33 | 2019 Kenworth / VIN: 1XKYD49X5KJ221237 Kenworth 2019 | $24,000.00 | | $24,000.00 |
| 47.34 | 2018 Kenworth / VIN: 1XKYD49X0JJ205929 Kenworth 2018 | $22,000.00 | | $22,000.00 |
| 47.35 | 2018 Kenworth / VIN: 1XKYD49X1JJ206152 Kenworth 2018 | $22,000.00 | | $22,000.00 |
| 47.36 | 2018 Kenworth / VIN: 1XKYD49X9JJ206173 Kenworth 2018 | $22,000.00 | | $22,000.00 |
| 47.37 | Construction equipment and machinery-list attached | $3,107,400.00 | | $3,107,400.00 |
| 47.38 | 2016 GMC Sierra / VIN: 150689 | $6,500.00 | | $6,500.00 |
| 47.39 | 2008 Chevrolet Silverado / VIN: 226661 | $3,000.00 | | $3,000.00 |
| 47.40 | 2018 Chrysler Pacifica / VIN: 123880 | $3,000.00 | | $3,000.00 |
| 47.41 | 2015 Toyota Sienna / VIN: 627058 | $2,000.00 | | $2,000.00 |
| 47.42 | 2022 Ram 2500 / VIN: 220280 | $9,000.00 | | $9,000.00 |
| 47.43 | 1997 Chevrolet Astro / VIN: 225546 | $1,000.00 | | $1,000.00 |

Debtor    **Texas International Enterprises, Inc.**                              Case number *(if known)* **25-50133**
          Name

| | | |
|---|---|---|
| 47.44 **2000 Chevrolet Suburban** / VIN: 173521 | $1,500.00 | $1,500.00 |
| 47.45 **2013 Ford E350** / VIN: A04870 | $3,000.00 | $3,000.00 |
| 47.46 **2022 Ram 2500** / VIN: 138630 | $1,500.00 | $1,500.00 |
| 47.47 **2018 Ford T-350** / VIN: A62923 | $2,500.00 | $2,500.00 |
| 47.48 **2017 Chevrolet Express** / VIN: 1131015 | $2,500.00 | $2,500.00 |
| 47.49 **2015 Chevrolet Silverado** / VIN: 517426 | $7,500.00 | $7,500.00 |
| 47.50 **2016 Ford F350** / VIN: C33804 | $7,500.00 | $7,500.00 |
| 47.51 **2011 Ford F250** / VIN: C07288 | $7,500.00 | $7,500.00 |
| 47.52 **2015 Ford F250** / VIN: C92807 | $7,500.00 | $7,500.00 |
| 47.53 **2016 Chevrolet Silverado** / VIN: 199337 | $7,500.00 | $7,500.00 |
| 47.54 **2018 Kenworth** / VIN: 1XKYD49X3JJ205892 Truck held by Tracto Reafacciones Aliende due to mechanic services. Owed to CCG | $20,000.00 | $20,000.00 |
| 47.55 **2019 Kenworth** / VIN: 1XKYD49X3KJ221169 Truck held by Tracto Reafacciones Aliende due to mechanic services . Owed to CCG | $20,000.00 | $20,000.00 |
| 47.56 **2018 Kenworth** / VIN: 1XKYD49X1JJ206085 Truck held by Tracto Reafacciones Aliende due to mechanic services . Owed to Huntington | $20,000.00 | $20,000.00 |
| 47.57 **2019 Kenworth** / VIN: 1XKYD49X2KJ220367 Truck held by Tracto Reafacciones Aliende due to mechanic services . Owed to CCG | $20,000.00 | $20,000.00 |
| 47.58 **2018 Kenworth** / VIN: 1XKYD49X3JJ139652 Truck held by Tracto Reafacciones Aliende due to mechanic services . Owed to CCG | $20,000.00 | $20,000.00 |
| 47.59 **2018 Kenworth** / VIN: 1XKYD49X7JJ205801 Truck held by Tracto Reafacciones Aliende due to mechanic services . Owed to CCG | $20,000.00 | $20,000.00 |
| 47.60 **2018 Kenworth** / VIN: 1XKYD49X9JJ206092 Truck held by Tracto Reafacciones Aliende due to mechanic services . Owed to CCG | $20,000.00 | $20,000.00 |
| 47.61 **2018 Kenworth** / VIN: 1XKYD49X9JJ206206 Truck held by Tracto Reafacciones Aliende due to mechanic services . Owed to CCG | $15,000.00 | $15,000.00 |
| 47.62 **2020 Peterbilt** / VIN: 1XPBDP9X8LD612304 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | $20,000.00 |
| 47.63 **2020 Peterbilt** / VIN: 1XPBDP9XXLD612305 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | $20,000.00 |
| 47.64 **2020 Peterbilt** / VIN: 1XPBDP9X4LD652220 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | $20,000.00 |

Debtor   **Texas International Enterprises, Inc.**
         Name

Case number *(if known)* 25-50133

| | | | |
|---|---|---|---|
| 47.65 **2020 Peterbilt** / VIN: 1XPBDP9X6LD652235 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.66 **2020 Peterbilt** / VIN: 1XPBDP9X8LD652236 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.67 **2020 Peterbilt** / VIN: 1XPBDP9X4LD712740 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.68 **2020 Peterbilt** / VIN: 1XPBDP9X7LD712748 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.69 **2020 Peterbilt** / VIN: 1XPBDP9XXLD652240 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.70 **2020 Peterbilt** / VIN: 1XPBDP9X5LD714644 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.71 **2020 Peterbilt** / VIN: 1XPBDP9X4LD714652 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.72 **2021 Peterbilt** / VIN: 1xpbdp9x2md652282 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.73 **2021 Peterbilt** / VIN: 1XPBDP9X6MD652284 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.74 **2021 Peterbilt** / VIN: 1XPBDP9X7MD712766 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.75 **2021 Peterbilt** / VIN: 1XPBDP9X2MD712769 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.76 **2021 Peterbilt** / VIN: 1XPBDP9X9LD652181 Truck held by French Ellison due to mechanic services | $20,000.00 | | $20,000.00 |
| 47.77 **2020 Peterbilt** / VIN: 1XPBDP9X5LD712747 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.78 **2021 Peterbilt** / VIN: 1XPBDP9X2MD652248 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.79 **2019 Peterbilt** / VIN: 1XPBDP9XXKD633735 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |
| 47.80 **2021 Peterbilt** / VIN: 1XPBDP9X7MD652262 Truck held by French Ellison due to mechanic services-owed to CCG | $20,000.00 | | $20,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____

   48.2 _____

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

Debtor __Texas International Enterprises, Inc.__      Case number *(if known)* __25-50133__
   Name

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

_____ _____ _____ _____

**51.** Total of Part 8

Add lines 47 through 50. Copy the total to line 87.      **$21,266,600.00**

**52.** Is a depreciation schedule available for any of the property listed in Part 8?

☑ No

☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54.** Does the debtor own or lease any real property?

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **WM Crutcher A-107 2018 -1683 02/21/18 Blk/Tract 54D 1.488 Acres / 3097 Brinlee Rd. Nash, TX** | **Real Estate** | unknown | | $487,765.00 |
| 55.2 **Bk No. 1, North Webb Industrial Park Phase 1, a subdivision situated in the City of Laredo, as per Plat recorded in Volume 33, Pages 34-36, Webb County Plat Records** | **Real Estate** | unknown | | $19,590,000.00 |

**56.** Total of Part 9

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      **$20,077,765.00**

**57.** Is a depreciation schedule available for any of the property listed in Part 9?

☑ No

☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59.** Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

Debtor   **Texas International Enterprises, Inc.**                    Case number *(if known)* **25-50133**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |
| 66. **Total of Part 10** <br> Add lines 60 through 65. Copy the total to line 89. | | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____   _____   _____   =→   _____
                          Total face amount   doubtful or uncollectible amount

Debtor   **Texas International Enterprises, Inc.**                          Case number *(if known)* **25-50133**
         Name

---

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     **IFTA** _____   Tax year ___**2025**___         **$23,769.76**

73.  **Interests in insurance policies or annuities**

     _____                                    _____

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

     _____                                    _____

     **Nature of claim**        _____

     **Amount requested**       _____

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

     _____                                    _____

     **Nature of claim**        _____

     **Amount requested**       _____

76.  **Trusts, equitable or future interests in property**

     _____                                    _____

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

     _____                                    _____

     _____                                    _____

78.  **Total of Part 11**                                                                   **$23,769.76**
     Add lines 71 through 77. Copy the total to line 90.

---

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

---

Debtor  **Texas International Enterprises, Inc.**_____     Case number *(if known)* **25-50133**_____
　　　　Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $170,189.08 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $304,762.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $230,795.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,266,600.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ............................................................... → | | $20,077,765.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $23,769.76 | |
| 91. | **Total.** *Add lines 80 through 90 for each column*.............................91a. | $21,996,115.84 | + 91b. $20,077,765.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................................... | | $42,073,880.84 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Texas International Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (if known): | **25-50133** |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Amur | 2019 Kenworth , 2019 Kenworth , 2019 Kenworth , 2019 Kenworth , 2019 Kenworth | $178,305.16 | $120,000.00 |

**Creditor's mailing address**
304 W 3rd Street

Grand Island, NE 68801

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** 0 1 3 1

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$44,994,929.31**

Debtor    **Texas International Enterprises, Inc.**                          Case number (if known) **25-50133**

Name

---

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | Do not deduct the value of collateral. | that supports this claim |

| 2.2 | Creditor's name | Describe debtor's property that is subject to a lien | $187,871.37 | $120,000.00 |
|---|---|---|---|---|

2.2 **Creditor's name**

**Balboa/Vender Services Center**

**Creditor's mailing address**

**PO Box 844803**

**Los Angeles, CA 90084**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **9  0  0  1**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Kenworth , 2019 Kenworth , 2019 Kenworth , 2019 Kenworth , 2019 Kenworth

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **2** of **23**

Debtor    **Texas International Enterprises, Inc.**                          Case number (if known) **25-50133**
            Name

| Part 1: | Additional Page | | Column A<br>*Amount of claim*<br>Do not deduct the value<br>of collateral. | Column B<br>*Value of collateral<br>that supports this<br>claim* |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.3** Creditor's name

**Bowie Central Appraisal District**

Creditor's mailing address

**Julie Anne Parson**
**McCreary,Veselka,Bragg & Allen,**
**P.C.**

**PO Box Box 1269**

**Round Rock, TX 78680-1269**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account  __ __ __ __
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
   this creditor, and its relative
   priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors
   is specified on lines _____

**Remarks:** Acct no. 4920010606 $ 9,728.85
     Acct no. 4920010608 $ 593.59

Describe debtor's property that is subject to a lien

WM Crutcher A-107 2018 -1683 02/21/18 Blk/Tract 54D
1.488 Acres

Describe the lien

  **Real Estate Property Taxes**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$10,344.38**

Column B: **$487,765.00**

Debtor    **Texas International Enterprises, Inc.**

    Name

Case number (if known) **25-50133**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.4** Creditor's name<br>    **CCG Commercial Credit Group** | Describe debtor's property that is subject to a lien<br>Trucks and Trailers owed to Commercial Credit Group-<br>List attached | $27,897,269.61 | $15,783,700.00 |

Creditor's mailing address

**2135 City Gate Lane Ste. 440**

**Naperville, IL 60563**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account  __ __ __ __
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
    relative priority?

    ☐ No. Specify each creditor, including
        this creditor, and its relative
        priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors
        is specified on lines _____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Texas International Enterprises, Inc.**
         Name

Case number (if known) **25-50133**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** Creditor's name

**City of Laredo Tax Department**

Creditor's mailing address

**1102 Bob Bullock Loop**

**Laredo, TX 78042**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account   **7  6  9  5**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the
      relative priority?

   ☐ No. Specify each creditor, including
         this creditor, and its relative
         priority.

         _____
         _____

   ☐ Yes. The relative priority of creditors
         is specified on lines _____

Remarks: 13522 Evolution LP

Describe debtor's property that is subject to a lien

_____
_____
_____

Describe the lien

**Personal Property Tax**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$182,012.99**   |   **unknown**

Debtor   **Texas International Enterprises, Inc.**

Name

Case number (if known) **25-50133**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | Do not deduct the value of collateral. | that supports this claim |

| 2.6 | Creditor's name | Describe debtor's property that is subject to a lien | $63,270.63 | unknown |
|---|---|---|---|---|

City of Laredo Tax Department

Creditor's mailing address

1102 Bob Bullock Loop

Laredo, TX 78042

Creditor's email address, if known

**Describe the lien**

Real Estate Property Taxes

**Is the creditor an insider or related party?**

☑ No

❏ Yes

Date debt was incurred

Last 4 digits of account _ _ _ _
number

**Is anyone else liable on this claim?**

☑ No

❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No

❏ Yes. Have you already specified the relative priority?

   ❏ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ❏ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Remarks:** 13518 Evolution LP acct no. 658323 $ 8,229.28
13522 Evolution LP acct no. 658324 $20,522.12
13526 Evolution LP acct no. 658325 $12,701.89
13602 Evolution LP acct no. 658326 $16,498.33
13606 Evolution LP acct no. 658327 $ 5,319.01

Debtor   **Texas International Enterprises, Inc.**

Name

Case number (if known) **25-50133**

---

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name

**Dilly Independent School District**

Describe debtor's property that is subject to a lien

$10,675.14 | unknown

Creditor's mailing address

**Linebarger Goggan Blair & Sampson, LLP**

**112 E Pecan Street Suite 2200**

Describe the lien

**Personal Property**

**San Antonio, TX 78205**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**

☑ No

Last 4 digits of account   1  8  6  3
number

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No

☐ Contingent

☐ Yes. Have you already specified the relative priority?

☐ Unliquidated

☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor    __Texas International Enterprises, Inc.__          Case number (if known) __25-50133__
        Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.8** Creditor's name

**French Ellison Truck Center**

Creditor's mailing address

**4300 N. Cage Blvd.**

**Pharr, TX 78577**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including
this creditor, and its relative
priority.

    ☐ Yes. The relative priority of creditors
is specified on lines _____

Describe debtor's property that is subject to a lien

2020 Peterbilt, 2020 Peterbilt, 2020 Peterbilt, 2020
Peterbilt, 2020 Peterbilt, 2020 Peterbilt, 2020 Peterbilt
, 2020 Peterbilt, 2020 Peterbilt, 2020 Peterbilt, 2021
Peterbilt, 2021 Peterbilt, 2021 Peterbilt, 2021 Peterbilt
, 2020 Peterbilt, 2020 Peterbilt, 2021 Peterbilt, 2019
Peterbilt, 2021 Peterbilt

Describe the lien

**Business Debt**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$69,375.00**          **$380,000.00**

Debtor   **Texas International Enterprises, Inc.**
Name

Case number (if known) **25-50133**

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9  Creditor's name**

**Frio Hospital District**

Creditor's mailing address

**Linebarger Goggan Blair & Sampson, LLP**

**112 E Pecan Street Suite 2200**

**San Antonio, TX 78205**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   **1  8  6  3**

Do multiple creditors have an interest in the same property?

☑ No

❑ Yes. Have you already specified the relative priority?

❑ No. Specify each creditor, including this creditor, and its relative priority.

❑ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien

**Personal Property Taxes on Trucks**

Is the creditor an insider or related party?

☑ No
❑ Yes

Is anyone else liable on this claim?

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**$2,057.01**    **unknown**

Debtor    **Texas International Enterprises, Inc.**                          Case number (if known) **25-50133**

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.10 Creditor's name**

**International Bank of Commerce**

**Creditor's mailing address**

**1200 San Bernardo Ave**

**Laredo, TX 78041**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    __ __ __ __
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
   this creditor, and its relative
   priority.

   _____

   _____

☐ Yes. The relative priority of creditors
is specified on lines _____

**Describe debtor's property that is subject to a lien**

Bk No. 1, North Webb Industrial Park Phase 1, a
subdivision situated in the City of Laredo, as per Plat
recorded in Volume 33, Pages 34-36, Webb County Plat
Records

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$7,232,982.75**

Column B: **$19,590,000.00**

Debtor  **Texas International Enterprises, Inc.**

 Name

Case number (if known) **25-50133**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.11 Creditor's name**

**Regions Bank d/b/a Ascentium Capital**

**Describe debtor's property that is subject to a lien**

2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth

**$52,272.47**

**$88,000.00**

**Creditor's mailing address**

**23970 Highway 59N**

**Describe the lien**

**Kingwood, TX 77339**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Have you already specified the relative priority?

☐ Disputed

 ☐ No. Specify each creditor, including this creditor, and its relative priority.

 _____

 _____

 ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Acct. no. 2590837
 Acct. no. 2588068

Debtor   **Texas International Enterprises, Inc.**

Name

Case number (if known) **25-50133**

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | Do not deduct the value of collateral. | that supports this claim |

**2.12 Creditor's name**

RTS Financial Service, Inc.

**Creditor's mailing address**

Attn: Legal 3rd Floor Dept.

9300 Metcalf

Overland Park, KS 66212

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

22-2021 KW 40- Wabash Trailers owed to RTS Financial-List attached

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $1,010,831.26 | $1,026,500.00 |

Debtor  **Texas International Enterprises, Inc.**                                         Case number (if known) **25-50133**
        _____                                      _____
        Name

---

| **Part 1:** **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13 Creditor's name**

**RTS Financial Service, Inc.**

Describe debtor's property that is subject to a lien

| | $6,351,648.05 | unknown |
|---|---|---|

**Creditor's mailing address**

**Attn: Legal 3rd Floor Dept.**

**900 Metcalf**

**Describe the lien**

**Overland Park, KS 66212**

**Pre-petition over advance of factoring account**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

**Last 4 digits of account number** ___ ___ ___ ___

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No

☐ Contingent

☐ Yes. Have you already specified the relative priority?

☐ Unliquidated

☐ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor   **Texas International Enterprises, Inc.**   Case number (if known) **25-50133**
                Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.14** Creditor's name

**RTS Financial Service, Inc.**

Describe debtor's property that is subject to a lien

**$464,326.80**          unknown

Creditor's mailing address

**Attn: Legal 3rd Floor Dept.**

**9300 Metcalf Ave.**                    **Describe the lien**

**Overland Park, KS 66212**              **Promissory note and security agreement for Wabash Trailers**

Creditor's email address, if known

_____          **Is the creditor an insider or related party?**

_____          ☑ No
Date debt was incurred  _____       ☐ Yes

Last 4 digits of account  __ __ __ __      **Is anyone else liable on this claim?**
number                                     ☑ No

Do multiple creditors have an interest in   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
the same property?

☑ No                                        **As of the petition filing date, the claim is:**
☐ Yes. Have you already specified the       Check all that apply.
relative priority?                          ☐ Contingent
                                            ☐ Unliquidated
☐ No. Specify each creditor, including      ☐ Disputed
this creditor, and its relative
priority.

_____

_____

☐ Yes. The relative priority of creditors
is specified on lines _____

Debtor    Texas International Enterprises, Inc. _____    Case number (if known) __25-50133_____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | Do not deduct the value of collateral. | that supports this claim |

**2.15** Creditor's name

**Texas Workforce Commission**

Creditor's mailing address

**Office of Attorney General**
**Bankruptcy & Collections Division**

**PO Box 12548, MC-0008**

**Austin, TX 78711-2548**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account   **2   9   1   8**
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
      this creditor, and its relative
      priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors
      is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

**Unemployment Taxes**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,626.40**          **unknown**

Debtor    __Texas International Enterprises, Inc.__                Case number (if known) __25-50133__

      Name

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | Do not deduct the value of collateral. | |

**2.16**   Creditor's name

     **The Huntington National Bank**

**Creditor's mailing address**

     **11100 Wayzata Boulevard Suite 700**

     **Hopkins, MN 55305**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account   **0  5  0  0**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Kenworth , 2018 Kenworth , 2018 Kenworth, 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth , 2018 Kenworth

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Column A:** $75,439.03

**Column B:** $413,000.00

Debtor   **Texas International Enterprises, Inc.**                    Case number (if known) **25-50133**
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** Creditor's name

**Tracto Refacciones Allende**

Creditor's mailing address

**Carretera Nacional No. 1525 Norte**
**Col Centro**

**Allende, Nuevo Leon 67350**
**Mexico,**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account   __ __ __ __
number

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
      this creditor, and its relative
      priority.

      _____
      _____

   ☐ Yes. The relative priority of creditors
      is specified on lines _____

Describe debtor's property that is subject to a lien

2018 Kenworth , 2019 Kenworth , 2018 Kenworth ,
2019 Kenworth , 2018 Kenworth , 2018 Kenworth ,
2018 Kenworth , 2018 Kenworth

**Describe the lien**

**Mechanics lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$542,368.32**          **$155,000.00**

Debtor  **Texas International Enterprises, Inc.**
    Name

Case number (if known) **25-50133**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim: Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**2.18 Creditor's name**

United Independent School District

**Describe debtor's property that is subject to a lien**

Amount of claim: **$259,539.97**
Value of collateral: **unknown**

**Creditor's mailing address**

3501 E. Saunders

Laredo, TX 78041

**Describe the lien**

**Personal Property Taxes**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**  6 1 0 4

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **Texas International Enterprises, Inc.**                         Case number (if known) **25-50133**
       Name

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** Creditor's name

**United Independent School District**

Describe debtor's property that is subject to a lien

_____

_____

| | | | $90,220.23 | unknown |

Creditor's mailing address

**3501 E. Saunders**

**Laredo, TX 78041**

Describe the lien

**Real Estate Property Taxes**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines \_\_\_\_\_

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** 13518 Evolution LP $11,734.47 acct. no. 97727001050
13522 Evolution LP $29,263.35 acct. no. 97727001060
13526 Evolution LP $18,112.15 acct. no. 97727001070
13602 Evolution LP $23,525.66 acct. no. 97727001080
13606 Evolution LP $ 7,584.60 acct. no. 97727001090

Debtor    **Texas International Enterprises, Inc.**                    Case number (if known) **25-50133**
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.20 Creditor's name**

**Webb County Tax Office**

**Describe debtor's property that is subject to a lien**

| | |
|---|---|
| | **$220,012.78** | **unknown** |

**Creditor's mailing address**

**1110 Victoria St.**

**Laredo, TX 78040**

**Describe the lien**

**Creditor's email address, if known**

**Personal Property Taxes**

Is the creditor an insider or related party?

Date debt was incurred

☑ No
☐ Yes

Last 4 digits of account    **6  1  0  4**
number

**Is anyone else liable on this claim?**
☑ No

Do multiple creditors have an interest in
the same property?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Yes. Have you already specified the
relative priority?

☐ Contingent

☐ No. Specify each creditor, including
this creditor, and its relative
priority.

☐ Unliquidated
☐ Disputed

_____

☐ Yes. The relative priority of creditors
is specified on lines _____

**Remarks:** 13522 Evolution LP

Debtor   **Texas International Enterprises, Inc.**
Name

Case number (if known)   **25-50133**

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.21** Creditor's name

**Webb County Tax Office**

Creditor's mailing address

**1110 Victoria St.**

**Laredo, TX 78040**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account   __ __ __ __
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

  ☐ No. Specify each creditor, including
this creditor, and its relative
priority.

  _____

  _____

☐ Yes. The relative priority of creditors
is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

**Describe the lien**

**Real Estate Property Taxes**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$76,479.96**

**unknown**

Remarks: 13518 Evolution LP acct no. 97727001050 $ 9,947.34
13522 Evolution LP acct no. 97727001060 $ 24,806.62
13526 Evolution LP acct no. 97727001070 $ 15,353.73
13602 Evolution LP acct no. 97727001080 $ 19,942.78
13606 Evolution LP acct no. 97727001090 $ 6,429.49

Debtor  **Texas International Enterprises, Inc.**

Name

Case number (if known) **25-50133**

---

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Haynes and Boone, LLP<br>Patrick L Hughes<br>Adam J Schmit<br>1221 McKinney Street Ste 4000<br>Houston, TX 77010 | Line 2. **4** | ___ ___ ___ ___ |
| Commercial Credit Group<br>525 N. Tryon Street Ste. 1000<br>Charlotte, NC 28202 | Line 2. **4** | ___ ___ ___ ___ |
| Flores & Saucedo, PLLC<br>5517 McPherson Ave. Ste. 15<br>Laredo, TX 78040 | Line 2. **5** | ___ ___ ___ ___ |
| Dykema Gossett PLLC<br>Attn: Diann M Bartek<br>112 E. Pecan Street Suite 1800<br>San Antonio, TX 78205 | Line 2. **10** | ___ ___ ___ ___ |
| RTS Financial<br>9300 Metcalf Ave. Suite 301<br>Overland Park, KS 66212 | Line 2. **12** | ___ ___ ___ ___ |
| James W. Brewer<br>Kemp Smith LLP<br>PO Box 2800<br>El Paso, TX 79999-2800 | Line 2. **12** | ___ ___ ___ ___ |
| Kimberly A. Walsh , Assistant Attorney General<br>Texas Attorney General Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Line 2. **15** | ___ ___ ___ ___ |
| The Huntington National Bank<br>11100 Wayzata Blvd. Ste. 700<br>Minnetonka, MN 55305 | Line 2. **16** | ___ ___ ___ ___ |

---

| Debtor | Texas International Enterprises, Inc. | | Case number (if known) 25-50133 |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jacob W. Edwards<br>c/o Womble Bond Dickinson (US) LLP<br>717 Texas Ave. Ste. 2100<br>Houston, TX 77002 | Line 2. **16** | __ __ __ __ |
| James S. Livermon, III<br>c/o Womble Bond Dickinson (US) LLP<br>555 Fayetteville Street Ste. 1100<br>Raleigh, NC 27601 | Line 2. **16** | __ __ __ __ |
| Castillo, Reyes & Del Rio<br>401 E. Hillside Rd.<br>Laredo, TX 78040 | Line 2. **18** | __ __ __ __ |
| Javier Montemayor Jr. PC<br>1020 Juarez Ave.<br>Laredo, TX 78040 | Line 2. **20** | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **Texas International Enterprises, Inc.** _____

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____ **25-50133** _____

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Law Office of Carl M. Barto**<br>**817 Guadalupe**<br>**Laredo, TX 78040-5251** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $80,000.00 | $80,000.00 |
| Date or dates debt was incurred<br>_____ | **Basis for the Claim:** |  |  |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ | _____ |
| Date or dates debt was incurred<br>_____ | **Basis for the claim:** |  |  |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes |  |  |

| Debtor | Texas International Enterprises, Inc. | | Case number *(if known)* | 25-50133 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Adrian Woodson**

2505 S. John Reddit #606

Lufkin, TX 75904

Date or dates debt was incurred _____

Last 4 digits of account number    8  2  6  7

Remarks:
Adrian Woodson
vs
Texas International Enterprises, Inc. and Adrian Diaz Moreno

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Vehicle accident

Is the claim subject to offset?
☑ No
☐ Yes

**$39,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**All American Towing & Recovery Inc.**

981 Motise Rd. Ste. 525

Biloxi, MS 39532

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$14,077.33**

---

**3.3** Nonpriority creditor's name and mailing address

**American Foods LCC-Candy Break**

33 Bridge St. Ste. 400

Pelham, TX 03076

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Possible claim due to vehicle accident

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Amparts Trucks & Trailer**

9117 San Mateo Dr. Suite C

Laredo, TX 78045

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$147,046.92**

---

Debtor **Texas International Enterprises, Inc.**
Name

Case number *(if known)* **25-50133**

## Part 2: Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $141,191.69 |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address
**CME Wire and Cable Inc.**

495 Horizon Dr.

Suwanee, PA 30024

Date or dates debt was incurred

Last 4 digits of account number — — — —

Remarks: Claim 10889227
Date of loss 07/20/2025
Policy MU10014782205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Insurance claim for
Basis for the claim: **Cargo**

Is the claim subject to offset?
☑ No
☐ Yes

$141,191.69

---

**3.6** Nonpriority creditor's name and mailing address
**Coliplus**

14023 S. Coilplus Dr.

Plainfield, IL 60544

Date or dates debt was incurred

Last 4 digits of account number — — — —

Remarks: Claim #10834470
Date of loss 10/10/2024
Policy #IMU10014782204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Insurance claim for
Basis for the claim: **Cargo**

Is the claim subject to offset?
☑ No
☐ Yes

$9,303.60

---

**3.7** Nonpriority creditor's name and mailing address
**Complete Towing & Recovery Inc.**

PO Box 397 Ste. 525

Max Meadows, VA 24360

Date or dates debt was incurred

Last 4 digits of account number 2 0 0 1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$31,455.00

---

**3.8** Nonpriority creditor's name and mailing address
**Cottingham & Butler Claims Services, LLC**

4835 Lyndon B. Johnson Fwy. Ste. 525

Dallas, TX 75244

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$53,000.00

| Debtor | __Texas International Enterprises, Inc.__ | Case number *(if known)* | __25-50133__ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.9** Nonpriority creditor's name and mailing address
**Courtney Spaulding**

6417 Prickly Loop

Ooltewah, TN 37363

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Date of Loss 02/09/2025

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Possible claim due to vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

$1,000,000.00

---

**3.10** Nonpriority creditor's name and mailing address
**Danitra Alexander, Avah Wiltz. Hayden Joshua**

c/o Chaz Roberts Law

100 Magnate Drive

Lafayette, LA 70508

Date or dates debt was incurred _____

Last 4 digits of account number 1 8 2 4

Remarks: Date Of Loss 07/17/2024

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Possible claim due to vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

$1,000,000.00

---

**3.11** Nonpriority creditor's name and mailing address
**DDL**

11122 W. Rogers St.

Milwaukee, PA 53227

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Date of loss 04/12/2025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance claim for Cargo**

Is the claim subject to offset?
☑ No
☐ Yes

$2,406.24

---

**3.12** Nonpriority creditor's name and mailing address
**Deductible Recovery Group**

PO Box 6068-25

Hermitage, PA 16148-1068

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Claim 10882081

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance claim for Cargo**

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

Debtor   **Texas International Enterprises, Inc.**                                Case number *(if known)*   **25-50133**
         Name

## Part 2:   Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57,652.42 |
|---|---|---|---|

**French Elison**

**9010 IH-10 Frontage RD**

**Converse, TX 78109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000,000.00 |
|---|---|---|---|

**Graciela Ortiz, Cody Martinez, Kathy Martinez**

**c/o Hagood & King, LLC**

**1520 E. Highway 6**

**Alvin, TX 77511**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vehicle accident**

Date or dates debt was incurred   _____

Last 4 digits of account number   9  2  d  2

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000,000.00 |
|---|---|---|---|

**Guillermo Trejo Hernandez**

**c/o Shawn M. Mechler and Gabriela L. Lopez**
**Crosley Law Firm PC**

**3303 Oakwell Court Ste. 200**

**San Antonio, TX 78218**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vehicle accident**

Date or dates debt was incurred   _____

Last 4 digits of account number   1  7  D  2

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Guillermo Trejo Hernandez
vs.
DG Rodriguez Express, Inc. Texas International Enterprises Inc.
and Cecilio Perez

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000,000.00 |
|---|---|---|---|

**Ismael Granados Leon**

**c/o Mario Yague Rios**
**Ramos James Law Firm**

**PO Box 164171**

**Austin, TX 78716**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vehicle accident**

Date or dates debt was incurred   _____

Last 4 digits of account number   4  5  d  3

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: Ismael Granados Leon
        vs
        Texas International Enterprises, Inc.

---

Debtor   **Texas International Enterprises, Inc.**                          Case number *(if known)*   **25-50133**
         Name

---

## Part 2:  Additional Page

### 3.17  Nonpriority creditor's name and mailing address
**JB Hunt**

PO Box 130

Lowell, PA 72745-0130

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: Claim 10903350,54
          date of loss 10/10/2024
          Policy IMU10014782204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                Insurance claim for
Basis for the claim:  **Cargo**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,303.61**

### 3.18  Nonpriority creditor's name and mailing address
**Jesus Escamilla Ledezma**

714 Larry St.

San Antonio, OK 78202

Date or dates debt was incurred   _____

Last 4 digits of account number   **1  8  3  7**

Remarks: Jesus Ledezma
            vs.
            Daniel Josue Alaniz, III ET AL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

### 3.19  Nonpriority creditor's name and mailing address
**Joel Guzman**

c/o Raystin Law Firm PC

61-43 186th Street Ste. 412

Fresh Meadows, NY 11365

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: Date of loss 06/18/2025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

### 3.20  Nonpriority creditor's name and mailing address
**Jose Tijerina**

7208 Black Panda Trail

Del Valle, NC 78617

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

            Possible claim due to
Basis for the claim:  **vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

---

Debtor  **Texas International Enterprises, Inc.**
     Name

Case number (if known)  **25-50133**

## Part 2: Additional Page

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,000.00 |

**3.21** Nonpriority creditor's name and mailing address

JPMorgan Chase Bank, N.A.

Legal Papers Served Mail Code LA2-7100

1414 Woodward Ave.

Ruston, VA 71270-2015

Date or dates debt was incurred _____

Last 4 digits of account number    9  8  2  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$18,000.00

---

**3.22** Nonpriority creditor's name and mailing address

Julio Ruiz

7132 Bandera Rd.

San Antonio, TX 78238

Date or dates debt was incurred _____

Last 4 digits of account number    1  2  9  4

Remarks: Julio Ruiz
          vs
          Texas International Enterprises Inc.

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

$1,000,000.00

---

**3.23** Nonpriority creditor's name and mailing address

Kanas Turnpike Authority

c/o Sephanie B. Poyer

5835 SW 29th St. Ste. 101

Topeka, KS 66614

Date or dates debt was incurred _____

Last 4 digits of account number    2  4  8  7

Remarks: Kansas Turnpike Authority
          vs
          Texas International Enterprises Inc.

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

$82,638.00

---

**3.24** Nonpriority creditor's name and mailing address

Kelly Rojas William

309 S. Ash St.

Ponca City, OK 74601

Date or dates debt was incurred _____

Last 4 digits of account number    -  1  2  2

Remarks:
Kelly Rojas Willaim
vs.
Ricardo Diaz, an individual and Texas International Enterprises,
Inc.

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

$70,000.00

---

| Debtor | **Texas International Enterprises, Inc.** | Case number *(if known)* | **25-50133** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.25 Nonpriority creditor's name and mailing address
**Kenneth Witt**

12311 Beacon Hollow Ct.

Houston, TX 77429

Date or dates debt was incurred _____

Last 4 digits of account number   2  3  d  3

Remarks: Kenneth Witt
vs.
Texas International Enterprises, Inc. Luis Franco

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

### 3.26 Nonpriority creditor's name and mailing address
**Landstar**

13410 Sutton Park Drive S.

Jacksonville, IL 32224

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Remarks: Claim 10878274
Date of Loss 5/29/2025
Policy MU10014782205

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Cargo** Insurance claim for

Is the claim subject to offset?
☑ No
☐ Yes

**$12,835.52**

### 3.27 Nonpriority creditor's name and mailing address
**Lane Patrick Reynolds**

c/o Coye D Bryan, Attorney

119 Eash Three Notch Street

Andalusia, NC 36420

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Remarks: Date of Loss 08/24/2024

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **vehicle accident** Possible claim due to

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

### 3.28 Nonpriority creditor's name and mailing address
**Licona Insurance Group**

1830 Zaragoza Rd Suite 111

El Paso, TX 79936

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,478,416.09**

Debtor   **Texas International Enterprises, Inc.**                          Case number *(if known)*   **25-50133**
_____
  Name

## Part 2: Additional Page

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000,000.00 |
|---|---|---|---|

**3.29** Nonpriority creditor's name and mailing address

**LLP Transport LLC**

545 Rockland Rd. Ste. 400

Jefferson, ME 04348

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: Date of Loss 10/11/2025

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Possible claim due to**
Basis for the claim: **vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

---

**3.30** Nonpriority creditor's name and mailing address

**Loves/QuikQ, LLC**

501 Corporate Center Drive Suite 520

Franklin, TN 37067

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$770,128.64**

---

**3.31** Nonpriority creditor's name and mailing address

**M & M Transportation LLC**

412 M & M Lane Ste. 311A

Fisher, TX 26818

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: Date of accident 12/12/2025

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Possible claim due to**
Basis for the claim: **vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

---

**3.32** Nonpriority creditor's name and mailing address

**Maria Leyva**

2914 San Igancio Ave.

Laredo, TX 78040

Date or dates debt was incurred   _____

Last 4 digits of account number   **0  9  D  4**

Remarks: Yarettzi Dalidai hernandez and Maria Isabel Leyva
vs.
Franciso Javier Martinez Ortiz

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis for the claim: **Vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

Debtor   **Texas International Enterprises, Inc.**        Case number *(if known)*    **25-50133**
      Name

## Part 2: Additional Page

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000,000.00 |
|---|---|---|---|

**3.33** Nonpriority creditor's name and mailing address

**Maurillo Martinerz**

c/o Hartley Law

2340 E. Trinity Mills Rd. Ste. 100

Carrollton, IL 75006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Date of Loss
04/20/2025

As of the petition filing date, the claim is:      **$1,000,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

           **Possible claim due to**
Basis for the claim: **vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

**Melissa J. Beltramo**

c/o Witherite Law Group, PLLC

161 N. Clark St. Ste. 1875

Chicago, IL 60601

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Date of Loss December 9, 2024

As of the petition filing date, the claim is:      **$700,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

           **Possible claim due to**
Basis for the claim: **vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**Merrell Transport LLC**

17345 E. Admiral Pl

Tulsa, TN 74116

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Date of Loss 12/07/2025

As of the petition filing date, the claim is:      **$1,000,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

           **Possible claim due to**
Basis for the claim: **vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**Niang Ousmane**

10041 S. Carpenter St.

Chicago, TN 60643

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Date of Loss 11/23/2025

As of the petition filing date, the claim is:      **$1,000,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

           **Possible claim due to**
Basis for the claim: **vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor __Texas International Enterprises, Inc.__                     Case number *(if known)* __25-50133__
     Name

---

## Part 2: Additional Page

**3.37** Nonpriority creditor's name and mailing address

**Pilot Travel Centers LLC**

c/o Melissa Haselden
**Haselden Farrow PLLC**

708 Main 10th Floor

Houston, TX 77002

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$608,193.41**

---

**3.38** Nonpriority creditor's name and mailing address

**Randy Nunez and Gustavo Tovar**

c/o DJC Law

1012 W. Anderson Lan e Bldg. 2 Ste. 100

Austin, LA 78757

Date or dates debt was incurred _____

Last 4 digits of account number   5  3  4  9

Remarks: Date of Loss
     02/18/2025

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

           Possible claim due to
Basis for the claim: **vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

---

**3.39** Nonpriority creditor's name and mailing address

**Roberto Gutierrez**

c/o Sandoval & James Attorney At Law

4807 Spicewood Springs Rd. Bldg. 2, Ste. 100

Austin, LA 78759

Date or dates debt was incurred _____

Last 4 digits of account number   5  3  4  9

Remarks: Date of Loss
     02/18/2025

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

           Possible claim due to
Basis for the claim: **vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

---

**3.40** Nonpriority creditor's name and mailing address

**Russ International Carriers LLC**

7100 San Bernardo Ste. 311A

Laredo, TX 78041

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Date of accident 11/27/2025

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

           Possible claim due to
Basis for the claim: **vehicle accident**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

---

Debtor   **Texas International Enterprises, Inc.**                                                   Case number *(if known)* ___25-50133___
     Name

## Part 2: Additional Page

### 3.41

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,769.00 |
|---|---|---|
| **RXO Capacity Solutions** | *Check all that apply.* | |
| | ☑ Contingent | |
| **PO Box 736945** | ☑ Unliquidated | |
| **Dallas, IL 75373-6945** | ☑ Disputed | |
| | Insurance claim for | |
| Date or dates debt was incurred _____ | Basis for the claim: **Cargo** | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? | |
| | ☑ No | |
| Remarks: Claim 10844272 | ☐ Yes | |
| Date of loss 10/19/2024 | | |
| Policy #IMU10014782204 | | |

### 3.42

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,561.64 |
|---|---|---|
| **RXO Capacity Solutions** | *Check all that apply.* | |
| | ☑ Contingent | |
| **PO Box 736945** | ☑ Unliquidated | |
| **Dallas, PA 75373-6945** | ☑ Disputed | |
| | Insurance claim for | |
| Date or dates debt was incurred _____ | Basis for the claim: **Cargo** | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? | |
| | ☑ No | |
| Remarks: Date of loss 10/15/2025 | ☐ Yes | |
| Policy IMU10014782205 | | |

### 3.43

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000,000.00 |
|---|---|---|
| **Samuel Harmon & Victoria Hughes** | *Check all that apply.* | |
| | ☑ Contingent | |
| **c/o Sandoval & James Attorney At Law** | ☑ Unliquidated | |
| **4807 Spicewood Springs Rd. Bldg. 2 Ste. 100** | ☑ Disputed | |
| **Austin, LA 78759** | Possible claim due to | |
| | Basis for the claim: **vehicle accident** | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number **9 0 9 2** | ☑ No | |
| | ☐ Yes | |
| Remarks: Date of Loss | | |
| 03/23/2025 | | |

### 3.44

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200,000.00 |
|---|---|---|
| **Terrance Patterson** | *Check all that apply.* | |
| | ☑ Contingent | |
| **2837 Rosemeade Dr.** | ☑ Unliquidated | |
| **Monroe, NC 28110** | ☑ Disputed | |
| | Possible claim due to | |
| Date or dates debt was incurred _____ | Basis for the claim: **vehicle accident** | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? | |
| | ☑ No | |
| | ☐ Yes | |

Debtor  **Texas International Enterprises, Inc.**                   Case number *(if known)*  **25-50133**
Name

## Part 2: Additional Page

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000,000.00 |
|------|---|---|---|

3.45 Nonpriority creditor's name and mailing address

**Travante Latroyce High Kine**

c/o Witherite Law Group, PLLC

10440 N. Central Expressway Ste. 400

Dallas, TX 75231

Date or dates debt was incurred _____

Last 4 digits of account number _____ _____ _____ _____

Remarks: Date of loss 08/09/2025

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

        Possible claim due to
Basis for the claim: vehicle accident

Is the claim subject to offset?
☑ No
☐ Yes

$1,000,000.00

---

3.46 Nonpriority creditor's name and mailing address

**W.E.L. Incorporated**

PO Box 109

Concord, VA 24538

Date or dates debt was incurred _____

Last 4 digits of account number _____ _____ _____ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$62,361.29

---

3.47 Nonpriority creditor's name and mailing address

**Yarettzi Dalidai Hernandez**

2217 San Leonardo

Laredo, TX 78040

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  D  4

Remarks: Yarettzi Dalidai Hernandez and maria Isabel Leyva
        vs.
        Francisco Javier Martinez Ortiz

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: vehicle accident

Is the claim subject to offset?
☑ No
☐ Yes

$1,000,000.00

| Debtor | Texas International Enterprises, Inc. | | Case number *(if known)* | 25-50133 |
|---|---|---|---|---|
| | Name | | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bianca Calderon De Lachica Law Firm PC<br>6309 Skyline Drive Ste. A<br>Houston, TX 77057 | Line **3.25**<br>☐ Not listed. Explain _____ | **2  3  d  3** |
| 4.2 | Davis Law Firm<br>10500 Heritage Dr. Ste. 102<br>San Antonio, TX 78216 | Line **3.22**<br>☐ Not listed. Explain _____ | **1  2  9  4** |
| 4.3 | Gentry Locke Attorneys<br>10 Franklin Rd. SE Ste. 900<br>Roanoke, VA 24011 | Line **3.7**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 | Gonzalez & Associates PC<br>269 N. Ceylon Street<br>Eagle Pass, TX 78852 | Line **3.47**<br>☐ Not listed. Explain _____ | **0  9  D  4** |
| 4.5 | Martin, Jean & Jackson<br>Kenneth N. Jean<br>PO Box 2403<br>Ponca City, OK 74602 | Line **3.24**<br>☐ Not listed. Explain _____ | **-  1  2  2** |
| 4.6 | Nicholas Hall Desper<br>779 Grandin Rd.<br>Charlotte, NC 28208 | Line **3.44**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 | Stanley and Associates , PLLC<br>2600 K Avenue Ste. 180<br>Plano, TX 75074 | Line **3.1**<br>☐ Not listed. Explain _____ | **8  2  6  7** |

| Debtor | Texas International Enterprises, Inc. | | Case number *(if known)* | 25-50133 |
|---|---|---|---|---|
| | Name | | | |

## Part 3: Additional Page

| 4.8 | Thomas J. Henry Injury Attorneys | Line 3.18 | |
|---|---|---|---|
| | Adam Setra | ☐ Not listed. Explain _____ | 1   8   3   7 |
| | 5711 University | _____ | |
| | San Antonio, TX 78249 | | |

| Debtor | Texas International Enterprises, Inc. | | Case number *(if known)* | 25-50133 |
|---|---|---|---|---|
| | Name | | | |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $80,000.00 |
| 5b. | **Total claims from Part 2** | 5b.  **+** | $29,545,340.40 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $29,625,340.40 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Texas International Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (If known): | **25-50133** Chapter **11** |

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Truck rented by Debtor from D N Freight LLC | **D N Freight LLC** |
| | | 2010 Freightliner V# 1FUJAPCK0ADW62638 | 9505 Mines Rd. Ste. 116 |
| | | | Laredo, TX 78040 |
| | | Contract to be ASSUMED | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Truck rented from Debtor by Infinitra Inc. | **Infinitra Inc.** |
| | | 2019 Peterbilt V# 1XPBDP9XXKD633718 | 8917 Molly Ste. 12 |
| | | | Laredo, TX 78045 |
| | | 2020 Peterbilt V# 1XPBDP9X0LD652179 | |
| | | 2018 Kenworth V# 1XKYD49X9JJ108566 | |
| | | 2018 Kenworth V# 1XKYD49X6JJ206308 | |
| | | Contract to be ASSUMED | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor    **Texas International Enterprises, Inc.**                          Case number (if known) **25-50133**

     Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | **Truck rented from Debtor by Infinitra Inc.** | Infinitra Inc. |
| | | 8917 Molly Ste. 12 |
| | **2020 Peterbilt V#  1XPBDP9X1LD652174** | Laredo, TX 78045 |
| | **2020 Peterbilt V#  1XPBDP9X7LD649375** | |
| | **Contract to be ASSUMED** | |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | **Truck rented from Debtor** | Infinitra Inc. |
| | **2020 Peterbilt V#  1XPBDP9X4LD652170** | 8917 Molly Ste. 12 |
| | | Laredo, TX 78045 |
| | **2020 Peterbilt V#  1XPBDP9X7LD652244** | |
| | **2020 Peterbilt V#  1XPBDP9X5LD652193** | |
| | **2020 Peterbilt V#  1XPBDP9X2LD712737** | |
| | **2020 Peterbilt V#  1XPBDP9X0LD652229** | |
| | **Contract to be ASSUMED** | |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | **Truck rented from Debtor** | Infinitra Inc. |
| | **2019 Kenworth V#  1XKYD49X1KJ221073** | 8917 Molly Ste. 12 |
| | | Laredo, TX 78045 |
| | **Contract to be ASSUMED** | |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |

| Debtor | **Texas International Enterprises, Inc.** | Case number (if known) **25-50133** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Earnest money contract for Unimproved Property** | **Laredo Property Holding Gurvinder Virk** |
| | | **North Webb Industrial Park, block 1, Lot 7, Phase 1** | 1501 S. Mopac Expressway Ste. 220 |
| | | | 78746-7683 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Earnest money contract for Unimproved Property** | **Laredo Property Holding Gurvinder Virk** |
| | | **North Webb Industrial Park, Block 1, Lot 8, Phase 1** | 1501 S. Mopac Expressway Ste. 220 |
| | | | Austin, TX 78746-7683 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented by Debtor** | **Logistics Quality Transport LLC** |
| | | 2020 International V# 3HSDZAPR8LN821299 | 9505 Mines Rd. Ste. 116-106 |
| | | **Contract to be ASSUMED** | Laredo, TX 78045 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented by Debtor** | **Logistics Quality Transport LLC** |
| | | 2015 International V# 3HSDJAPR9FN023406 | 9505 Mines Rd. Ste. 116-106 |
| | | **Contract to be ASSUMED** | Laredo, TX 78045 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented by Debtor** | **Logistics Quality Transport LLC** |
| | | 2019 International V# 3HSDZAPR8KN091411 | 9505 Mines Rd. Ste. 116-106 |
| | | **Contract to be ASSUMED** | Laredo, TX 78045 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor   **Texas International Enterprises, Inc.**                     Case number (if known) **25-50133**
         Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented by Debtor** | **Logistics Quality Transport LLC** |
| | | **3HSDZAPR6LN829787** | **9505 Mines Rd.** |
| | | **Contract to be ASSUMED** | **Laredo, TX 78045** |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented by Debtor** | **Logistics Quality Transport LLC** |
| | | **2015 International V# 3HSDJAPR8FN143035** | **9505 Mines Rd. Ste. 116-106** |
| | | **Contract to be ASSUMED** | **Laredo, TX 78045** |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented by Debtor** | **Logistics Quality Transport LLC** |
| | | **2011 Freightliner V# 1FUJGLBG5BSAW4422** | **9505 Mines Rd. Ste. 116-106** |
| | | **Contract to be ASSUMED** | **Laredo, TX 78045** |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **Trucks rented from Debtor by Marvel Transportation Services LLC** | **Marvel Transportation Services LLC** |
| | | | **11113 Antigua Dr.** |
| | | | **Laredo, TX 78045** |
| | | **2020 Peterbilt V#1XPBDP9X6LD652204** | |
| | | **2020 Peterbilt V#1XPBDP9X5LD712750** | |
| | | **2020 Peterbilt V#1XPBDP9X2LD714651** | |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| Debtor | Texas International Enterprises, Inc. | Case number (if known) **25-50133** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented from Debtor by** | **Marvel Transportation Services LLC** |
| | | **Marvel Transportation Services LLC** | |
| | | | 8503 Ficus Cir. |
| | | **2018 Kenworth V# 1XKYD49X5JJ205570** | Laredo, TX 78045 |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Trucks rented from Debtor by** | **Marvel Transportation Services LLC** |
| | | **Marvel Transportation Services LLC** | |
| | | | 8503 Ficus Cir. |
| | | **2019 Kenworth V# 1XKYD49X1KJ220232** | Laredo, TX 78045 |
| | | **2019 Kenworth V# 1XKYD49X3KJ220653** | |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented from Debtor by** | **Marvel Transportation Services LLC** |
| | | **Marvel Transportation Services LLC** | |
| | | | 8503 Ficus Cir. |
| | | **2020 Peterbilt V# 1XPBDP9X8LD652172** | Laredo, TX 78045 |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor  **Texas International Enterprises, Inc.**                    Case number (if known) **25-50133**

  Name

![Additional Page if Debtor Has More Executory Contracts or Unexpired Leases]

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Trucks rented from Debtor by Marvel Transportation Services LLC | Marvel Transportation Services, LLC |
| | | | 8503 Ficus Cir. |
| | | | Laredo, TX 78045 |
| | | 2020 International V# 3HSDZAPR4LN318904 | |
| | | 2020 International V# 3HSDZAPR5LN437397 | |
| | | 2020 International V# 3HSDZAPR4LN695202 | |
| | | Contract to be ASSUMED | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Trucks rented from Debtor by Marvel Transportation Services, LLC | Marvel Transportation Services, LLC |
| | | | 8503 Ficus Cir. |
| | | 2018 Kenworth V# 1XKYD49X3JJ206265 | Laredo, TX 78045 |
| | | 2019 Kenworth V# 1XKYD49X6KJ221229 | |
| | | 2018 Kenworth V# 1XKYD49X0JJ205994 | |
| | | 2020 Peterbilt V# 1XPBDP9X9LD652231 | |
| | | Contract to be ASSUMED | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | Truck rented from Debtor by Marvel Transportation Services, LLC | Marvel Transportation Services, LLC |
| | | | 11113 Antigua Dr. |
| | | 2019 Kenworth V# 1XKYD49X0KJ220609 | Laredo, TX 78045 |
| | | Contract to be ASSUMED | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor    __Texas International Enterprises, Inc._____    Case number (if known) __25-50133_____
     Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **Trucks rented from Debtor by Marvel Transportation Services, LLC** | **Marvel Transportation Services, LLC** |
| | | **2018 Kenworth 1XYKYD49X2JJ206013** | **8503 Ficus Cir.** |
| | | **2019 Kenworth 1XKYD49X9KJ221211** | **Laredo, TX 78045** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented by Debtor from Pedro Auturo Solano Lara P & N Trucking** | **Pedro Arturo Solano Lara P & N Trucking** |
| | | **2009 International V# 2HSCUAPR59C088651** | **9505 Mines Rd.** |
| | | **Contract to be ASSUMED** | **Laredo, TX 78045** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented by Debtor from Rona Transport and Logistics** | **Rona Transport and Logistics** |
| | | **I2017 Kenworth V# 1XKYD49X4HJ157166** | **13165 W. Lake Houston Pkwy. 228** |
| | | **Contract to be ASSUMED** | **Houston, TX 77044** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | **Trucks rented by Debtor from Solano Lara Eliezer Emmanuel** | **Solano Lara Eliezer Emmanuel** |
| | | **2012 Freightliner V# 1FUJGLBG0CSBC9724** | **9505 Mines Rd. Ste. 116-202** |
| | | **Contract to be ASSUMED** | **Laredo, TX 78045** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

Debtor    **Texas International Enterprises, Inc.**                    Case number (if known) **25-50133**
          Name

▌  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | **Trucks rented by Debtor from Tactics Unlimited Group Inc.** | **Tactics Unlimited Group Inc.** |
| | | **2020 International V# 3HSDZTZR1LN102114** | **117 Mourning Dove Court** |
| | | **2020 International V# 3HSDZTZR8LN080628** | **Laredo, TX 78045** |
| | | **2020 International V# 3HSDZTZR1LN077246** | |
| | | **2019 International V# 3HSDZTZR1KN093722** | |
| | | **2021 International V# 3HSDZTZR3MN149730** | |
| | | **2021 International V# 3HSDZAPR1MN367950** | |
| | | **2020 International V# 3HSDZAPR4LN560673** | |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | **Trucks rented by Debtor from Tactics Unlimited Group Inc.** | **Tactics Unlimited Group Inc.** |
| | | **2020 International V# 3HSDZTZR1LN283229** | **117 Mourning Dove Court** |
| | | **2019 International V# 3HSDZAPR4KN390619** | **Laredo, TX 78045** |
| | | **2018 Freightliner V# 3AKJGLFG4JDJV5271** | |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

Debtor    **Texas International Enterprises, Inc.**                     Case number (if known)  **25-50133**
          Name

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of trucks to Debtor** | **Tactics Unlimited Group Inc.** |
| | | **2019 International V3HSKZAPR5KN391799** | **117 Mourning Dove Court** |
| | | **2021 International 3HSDZTZR8MN235969** | **Laredo, TX 78045** |
| | | **2021 International 3HSDZTZR4MN110385** | |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of trucks to Debtor** | **Tactics Unlimited Group Inc.** |
| | | **2020 International V# 3HSDZTZR9LN815519** | **117 Mourning Dove Court** |
| | | **2019 International V# 3HSDZTZR6KN289882** | **Laredo, TX 78045** |
| | | **2020 International V# 3HSDZTZR0LN815501** | |
| | | **2020 International V# 3HSDZTZR0LN815506** | |
| | | **2020 International V# 3HSDZAPR4LN630642** | |
| | | **2019 International V# 3HSDZAPR3KN408995** | |
| | | **2019 International V# 3HSDZAPR4KN397876** | |
| | | **2019 International V# 3HSDZTZR8KN337138** | |
| | | **2019 International V# 3HSDZTZR4KN336228** | |
| | | **2019 International V# 3HSDZTZR1KN337143** | |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

Debtor    __Texas International Enterprises, Inc.__                    Case number (if known)  __25-50133__

     Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | **Trucks rented by Debtor from Tactics Unlimited Group Inc.** | **Tactics Unlimited Group Inc.** |
| | | **2022 International V# 3HSDZAPR2NN278051** | **117 Mourning Dove Court** |
| | | **2020 International V# 3HSDZAPR2LN844321** | **Laredo, TX 78045** |
| | | **2020 International V# 3HSDZAPR6LN844287** | |
| | | **2020 International V# 3HSDZAPR8LN844291** | |
| | | **2020 International V# 3HSDZAPR3LN844294** | |
| | | **2019 International V# 3HSDZAPR7KN392381** | |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor   Texas International Enterprises, Inc.                                    Case number (if known) __25-50133__
         Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                           whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Trucks rented by Debtor from **Tactics Unlimited Group Inc.** | Tactics Unlimited Group Inc.<br><br>117 Mourning Dove Court<br><br>Laredo, TX 78045 |
| | | **2019 International V#**<br>**3HSDZTZR2KN443083** | |
| | | **2019 International V#**<br>**3HSKZAPR6KN126602** | |
| | | **2019 International V#**<br>**3HSDZTZRXKN306991** | |
| | | **2019 International V#**<br>**3HSDZAPRXKN744000** | |
| | | **2020 International V#**<br>**3HSDZAPR6LN842233** | |
| | | **2019 International V#**<br>**3HSDZAPRXKN403826** | |
| | | **2019 International V#**<br>**3HSDZAPR7KN202787** | |
| | | **2019 International V#**<br>**3HSDZAPRXKN191607** | |
| | | **2019 International V#**<br>**3HSDZAPRXKN208096** | |
| | | **2019 International V#**<br>**3HSKZAPR1KN648196** | |
| | | **2019 International V#**<br>**3HSKZAPR2KN389881** | |
| | | **2019 International V#**<br>**3HSKZAPR1KN389838** | |
| | | **2019 International V#**<br>**3HSKZAPR8KN390887** | |
| | | **2019 International V#**<br>**3HSKZAPRXKN391944** | |
| | | **2020 International V#**<br>**3HSKZAPR9LN413188** | |
| | | **2020 International V#**<br>**3HSKZAPR2LN254529** | |
| | | **2020 International V#**<br>**3HSKZAPR4LN437978** | |
| | | **2020 International V#**<br>**3HSKZAPR9LN306190** | |
| | | **2020 International V#**<br>**3HSKZAPR1LN258068** | |
| | | **2020 International V#**<br>**3HSCZAPR5LN359792** | |
| | | **2020 International V#**<br>**3HSKZAPR4LN286558** | |
| | | **2020 International V#**<br>**3HSKZAPR9LN287110** | |
| | | **2022 International V#**<br>**3HSDZAPR7NN274349** | |
| | | **2020 International V#** | |

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| State the term remaining | 0 months |
|---|---|
| List the contract number of any government contract | |

Debtor   **Texas International Enterprises, Inc.**                    Case number (if known) **25-50133**
      Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for office printers** | **Toshiba Financial Services** |
| | | | **PO Box 790448** |
| | State the term remaining | 0 months | **Saint Louis, MO 63179-0448** |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | **Truck rented by Debtor from Valdez Silva Francisco Mariano** | **Valdez Silva Francisco Mariano** |
| | | **2019 Kenworth V# 1xkydp9x8kj285015** | **13522 Evolution Loop** |
| | | | **Laredo, TX 78045** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Texas International Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (If known): | **25-50133** |

☑ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Gomez , Oscar A. | 13522 Evolution Loop | The Huntington National Bank | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Laredo, TX 78045 | | |
| | | City        State        ZIP Code | | |
| 2.2 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        ZIP Code | | |
| 2.3 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        ZIP Code | | |
| 2.4 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        ZIP Code | | |

Debtor    Texas International Enterprises, Inc.                          Case number (if known) **25-50133**
          Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | | | Column 2: Creditor | |
|---|---|---|---|---|---|---|
| | Name | Mailing address | | | Name | Check all schedules that apply: |
| 2.5 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | ZIP Code | | |
| 2.6 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | ZIP Code | | |

Fill in this information to identify the case:

Debtor name **Texas International Enterprises, Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): **25-50133**

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ **1st Amended Schedules A/B, D, E/F, G, H and 1st Amended**
*Amended Schedule* **Statement of Financial Affairs**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/13/2026**
         MM/ DD/ YYYY

X  /s/ Oscar A Gomez
Signature of individual signing on behalf of debtor

**Oscar A Gomez**
Printed name

**President**
Position or relationship to debtor