United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 25-50133** |
| **TEXAS INTERNATIONAL** | § | |
| **ENTERPRISES, INC.,** | § | |
| | § | |
| | § | |
| Debtor. | § | |
| | § | **CHAPTER 11** |

**ORDER SETTING HEARING**

A Combined Disclosure Statement and Plan (ECF No. 153) under chapter 11 of the Bankruptcy Code has been filed by Texas International Enterprises, Inc. on April 7, 2026.

Accordingly, hearing is set on the **Disclosure Statement** at 9:30 a.m. on Thursday, May 14, 2026, in the United States Courthouse, 1300 Victoria St., Laredo, Texas. The response deadline is 5:00 p.m. on May 7, 2026. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

**Personal appearance of counsel and witnesses are required for any contested evidentiary hearing. Procedures for agreed continuances are available on the Court's website. Uncontested or non-evidentiary hearings may be made virtually.[1]**

**SO ORDERED**.

SIGNED 04/08/2026

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court's website is located at www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.