# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 25-50133 (JPN) |
| Texas International Enterprises, Inc., | ) |
|  | ) |
| Debtor. | ) **Re: Docket Nos. 153** |
|  | ) |

## DEBTOR'S NOTICE OF INTENT NOT TO SEEK APPROVAL OF CURRENT DISCLOSURE STATEMENT ON JUNE 4, 2026 [ECF 153]

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Texas International Enterprises, Inc., (the "Debtor")files this Notice of Intent Not to Seek Approval of Current Disclosure Statement [ECF 153] at the hearing on June 4, 2026, and would show the Court as follows:

1.      Debtor's counsel has received numerous creditor objections, or drafts of objections, opposing the Disclosure Statement in its current form in part because it fails to provide a single clear treatment of the claims of Debtor's principal creditor Commercial Credit Group Inc ("CCG").

2.      While the objections and draft objections also complain of other matters that are for the most part easily amendable, rather than amend the Disclosure Statement piecemeal, Debtor has been waiting for a resolution of its discussions with CCG to file an Amended Disclosure Statement to address and seek to resolve the objections.

3.      The Debtor has recently provided information to CCG incident to the credit review needed with respect to the restructuring of the CCG indebtedness and the terms of other exit financing requested by the Debtor.  CCG is undergoing credit review of this recently provided information. The Parties expect to make further substantial progress in the next two weeks ideally with agreement reached on terms for a consensual plan and exit financing.

4. Debtor believes these negotiations should be concluded by June 19, 2026.

5 Debtor should be able to file an Amended Disclosure Statement by June 26, 2026.

6. Debtor is willing to attend a Disclosure Statement hearing and a hearing on the confirmation of the Plan in Houston at the earliest dates set by the Court, and would request a shortening of notice deadlines for approval of an amended Disclosure Statement if the Court was satisfied cause can be established for this relief.

7. Debtor is filing this Notice in part to obviate the need for creditors to incur the expense of coming to Laredo to oppose the approval of the current Disclosure Statement currently scheduled before the Court on June 4, 2026 at 9:30 a.m.

Respectfully submitted.

Law Office of Carl M. Barto

/s/ Carl M. Barto
Carl M. Barto , TBN 01852100
Attorney for Debtors
817 Guadalupe
Laredo, Texas 78040
956  725-7500 Telephone
956  722-6739 Facsimile
ATTORNEY FOR CHAPTER 11 DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties having filed an appearance, affected parties, and creditors who could be reached by ECF electronic service on  June 3, 2026.

/s/Carl M. Barto
Carl M. Barto