**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **TEXAS INTERNATIONAL** | § | |
| **ENTERPRISES, INC.** | § | **Case No. 25-50133** |
| | § | |
| | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |

**ORDER ON TEXAS INTERNATIONAL ENTERPRISE, INC.'S MOTION TO CONDITIONALLY APPROVE THE DISCLOSURE STATEMENT, TO APPROVE SOLICITATION OF THE PLAN, AND TO SET HEARING ON CONFIRMATION OF THE PLAN OF REORGANIZATION**

On this day came on to be considered the Debtor's Motion to Conditionally Approve the Disclosure Statement, to Approve Solicitation of the Plan, and to Set Hearing on Confirmation of the Plan of Reorganization.

The Court having considered the Motion and to seek a hearing on confirmation of the Plan on or after August 12, 2026 as the Court's calendar permits, hereby GRANTS the relief.

It is therefore ORDERED that:

i.      The Debtor's Disclosure Statement [ECF No. 214] is conditionally approved;

ii.     The Debtor is authorized to solicit votes to accept or reject the Plan by serving a copy of the Combined Disclosure Statement and Plan with Ballots to accept or reject the Plan;

iii.    The following deadlines are established:

      a.      The Debtor shall transmit the conditionally approved Disclosure Statement, the ballots and together with the Plan, on or before July __, 2026;

      b.      The deadline to submit a ballot accepting or rejecting the Plan is the ___ day of _____, 2026.

c.     The deadline to file an objection to the Plan or Disclosure Statement is ____ day of _____, 2026.

d.     The deadline for the Debtor to file a Ballot Summary is the ____ day of _____, 2026.

iv.     A hearing on final approval of the Disclosure Statement and Confirmation of the Plan is set for the ____ day of August 2026 at _____ o'clock ___.m. in the United States Bankruptcy Courtroom in _____, Texas.