United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 09, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **TEXAS INTERNATIONAL** | § | |
| **ENTERPRISES, INC.** | § | **Case No. 25-50133** |
| | § | |
| | § | **Chapter 11** |
| | § | |
| Debtor. | § | |

<u>**ORDER ON TEXAS INTERNATIONAL ENTERPRISE, INC.'S MOTION TO CONDITIONALLY APPROVE THE DISCLOSURE STATEMENT, TO APPROVE SOLICITATION OF THE PLAN, AND TO SET HEARING ON CONFIRMATION OF THE PLAN OF REORGANIZATION**</u>

(ECF No. 215)

On this day came on to be considered the Debtor's Motion to Conditionally Approve the Disclosure Statement, to Approve Solicitation of the Plan, and to Set Hearing on Confirmation of the Plan of Reorganization.

The Court having considered the Motion and to seek a hearing on confirmation of the Plan on or after August 12, 2026 as the Court's calendar permits, hereby GRANTS the relief.

It is therefore ORDERED that:

i.      The Debtor's Disclosure Statement [ECF No. 214] is conditionally approved;

ii.     The Debtor is authorized to solicit votes to accept or reject the Plan by serving a copy of the Combined Disclosure Statement and Plan with Ballots to accept or reject the Plan;

iii.    The following deadlines are established:

a.      The Debtor shall transmit the conditionally approved Disclosure Statement, the ballots and together with the Plan, on or before July 10, 2026;

b.      The deadline to submit a ballot accepting or rejecting the Plan is the 24th day of August, 2026.

c.      The deadline to file an objection to the Plan or Disclosure Statement is the 20th day of August, 2026.

d.      The deadline for the Debtor to file a Ballot Summary is the 25th day of August, 2026.

iv.    A hearing on final approval of the Disclosure Statement and Confirmation of the Plan is set for the 27th day of August, 2026 at 9:30 o'clock a..m. in the United States Bankruptcy Courtroom 2nd Floor at 1300 Victoria St., Laredo, Texas.

Signed: July 08, 2026

Jeffrey P. Norman
United States Bankruptcy Judge