UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| TEXAS INTERNATIONAL ENTERPRISES, INC., | : | Case No.: 25-50133 |
| | : | |
| Debtor. | : | |

**THE HUNTINGTON NATIONAL BANK'S OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST AMENDED CHAPTER 11 PLAN**

Now comes The Huntington National Bank ("Huntington" or the "Creditor"), a secured creditor in this case, and asserts this objection to confirmation of the Texas International Enterprises, Inc.'s (the "Debtor") First Amended Chapter 11 plan (the "Objection"). In support of this Objection, Huntington states as follows:

1. December 6, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 to commence the above-referenced case (the "Chapter 11 Case"). The Debtor continues to operate as a debtor-in-possession.

2. Huntington filed a proof of claim, Claim No. 8-1, on February 20, 2026 (the "Claim") in the amount of $77,232.20, representing a claim secured by twenty (20) used 2018 Kenworth T680s VINs#:

| | | |
|---|---|---|
| 1XKYD49X6JJ206308, | 1XKYD49X5JJ206297, | 1XKYD49X7JJ206169, |
| 1XKYD49X0JJ206143, | 1XKYD49X9JJ206139, | 1XKYD49XXJJ206098, |
| 1XKYD49X9JJ205976, | 1XKYD49X7JJ205927, | 1XKYD49X0JJ205963, |
| 1XKYD49X1JJ205776, | 1XKYD49X6JJ206115, | 1XKYD49X4JJ206114, |

1XKYD49X1JJ206085, 1XKYD49X7JJ205913, 1XKYD49X3JJ205780, 1XKYD49X4JJ206016, 1XKYD49X7JJ205734, 1XKYD49XXJJ139647, 1XKYD49X8JJ108574, and 1XKYD49X9JJ108566 together with all attachments and accessories thereto (the "Vehicles" or "Collateral").

3. The Debtor filed its First Amended Chapter 11 Plan (D.E. 214; the "Plan") on July 7, 2026.

4. The Plan proposes, *inter alia*, to pay Huntington $75,439.03 over 60 months at an interest rate of 8.25%.

**Limited Objections to the Plan**

5. Huntington files this limited objection to the Plan due to the Debtor misstating the amount of Huntington's Claim as of the Petition Date. Debtor states that Huntington's Claim is $75,439.03. Huntington's Claim is actually $77,232.20 as recited here and reflected in the Claim.

Wherefore, Huntington prays for the Court to deny confirmation of the Plan and grant such other and further relief as the Court deems just and proper.

Dated: August 6, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Jacob Wayne Edwards
Jacob Wayne Edwards
Texas State Bar No. 24146272
Federal Bar No. 3916788
Email: Jacob.Edward@wbd-us.com
717 Texas Ave., Suite 2100
Houston, TX 77002
Telephone: (346) 998-7807
Facsimile: (346) 998-5901

**CERTIFICATE OF SERVICE**

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Huntington's Objection to Debtor's First Amended Chapter 11 Plan on:

Texas International Enterprises, Inc.
13522 Evolution Loop
Laredo, TX 78045
*The Debtor*

Carl M. Barto
817 Guadalupe Street
Laredo, TX 78040
*Attorney for the Debtor*

Jessica L Hanzlik
United States Trustee Program
615 E. Houston Street, Ste 533
San Antonio, TX 78205
*Counsel for U.S. Trustee*

US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205
*United States Trustee*

by depositing the same in the United States mail, first class, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

The 6th day of August, 2026.

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Jacob Wayne Edwards
Jacob Wayne Edwards
Texas State Bar No. 24146272
Federal Bar No. 3916788
Email: Jacob.Edward@wbd-us.com
717 Texas Ave., Suite 2100
Houston, TX 77002

Telephone: (346) 998-7807
Facsimile: (346) 998-5901

*Attorneys for The Huntington National Bank*